No. 13–5001/AR. United States, Appellant v. Nicholas R. Schell, Appellee. CCA 20110264. Notice is hereby given that a certificate for review of the decision of the United States Army Court of Criminal Appeals was filed under Rule 22 this date on the following issues:

I.  WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED WHEN, CONTRARY TO THE PLAIN LANGUAGE OF 18 U.S.C. § 2422(B), *UNITED STATES v. BROOKS*, 60 M.J. 495 (C.A.A.F. 2005), AND THE UNITED STATES COURTS OF APPEALS, THE SERVICE COURT HELD THAT "THE INTENT ELEMENT OF ATTEMPTED PERSUASION, INDUCEMENT, OR ENTICEMENT REQUIRES [THAT] THE ACCUSED. . . MUST INTEND THAT THE MINOR, ULTIMATELY, ACTUALLY ENGAGE IN ILLEGAL SEXUAL ACTIVITY AS A RESULT OF HIS PERSUASION, INDUCEMENT, OR ENTICEMENT."

II. WHETHER THE ACCUSED'S UNSWORN STATEMENT DURING THE SENTENCING PHASE OF TRIAL WAS INCONSISTENT WITH HIS GUILTY PLEA.